**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **SHEISON SALAZAR**<br><br>                    Plaintiff,<br><br>        v.<br><br>**THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, TRAVELERS PERSONAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY, THE TRAVELERS COMPANIES, INC., and JOHN DOE(S)** 1-10 *(a fictitious individual/entity)*<br><br>                    Defendants. | NO. **2:26-cv-00081-JFM**<br><br>**CIVIL ACTION – LAW** |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all of the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants, and all counterclaims against Plaintiff, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


*Steven J. DeBonis*
_____
Steven J. DeBonis, Esq.
Cordisco & Saile, LLC
3800 Horizon Blvd. #210
Trevose, PA 19053
Counsel for Plaintiff


Date:   February 23, 2026


*Candace N. Edgar*
_____
Candace N. Edgar, Esq.
Marshall Dennehey, P.C.
200 Corporate Drive., Ste. 300
Camp Hill, PA 17011
Counsel for Defendants


Date:   February 23, 2026